377 A.2d 183

Commonwealth v. Ortega, Appellant.

Submitted March 21, 1977.   William F. Ochs, Jr., Public Defender, for appellant; J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.